

**Garson, Segal, Steinmetz, Fladgate LLP**

| | | | |
|---|---|---|---|
| Robert Garson ◊ | Stephen Greenwald | Kevin Kehrli | Tel: +1 (212) 380-3623 |
| Michael Steinmetz * ∝ | John Lane ∝ | Morgan Romagna | Fax: +1 (347) 537-4540 |
| Chris Fladgate ° | Timothy Kendal ◊ | Jacob Pargament | |
| Thomas Segal ˆ | Ilan Ben Avraham ∇ | Maddie Brown | |

Additional Bar Memberships
∝ Patent Bar
◊ England and Wales    ° Victoria (Australia)
ˆ Paris                 ∇ Israel
* New Jersey            Colorado

Email: jep@gs2law.com

October 8, 2020

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *LG Capital Funding, LLC v. E-Waste Systems, Inc.* **(20-cv-04474(PGG))**
      **Request to Adjourn October 15, 2020 Initial Conference**

Dear Judge Gardephe:

This firm represents LG Capital Funding, LLC ("Plaintiff") in the above captioned action. I write to request an adjournment *sine die* of the Initial Conference scheduled for October, 2020 at 11:00 a.m.

On September 9, 2020, a Clerk's Certificate of Default as to E-Waste Systems, Inc. ("Defendant") was issued in this case due to Defendant's failure to respond to Plaintiff's complaint. Dkt. 11.

Plaintiff intends to file an Order to Show Cause for default judgment and will do so promptly. As Defendant has not appeared or otherwise responded in this matter, consent was not given. Therefore, Plaintiff respectfully requests an adjournment *sine die* of the scheduled Initial Conference.

Respectfully submitted,

\_\_\_\_\_/s/_____
Kevin Kehrli

**Memo Endorsed:** The October 15, 2020 conference is adjourned <u>sine die</u>. Plaintiff is instructed to move for default by October 23, 2020.

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated: October 9, 2020

USA: 164 West 25th Street, 11th Floor, New York, NY 10001
UK:, 2 Bedford Row, London WC1R 4BU
www.GS2Law.com