UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LG CAPITAL FUNDING, LLC,

               Plaintiff,

-against-

E-WASTE SYSTEMS, INC.,

               Defendant.

**ORDER OF DEFAULT**

20 Civ. 4474 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS Plaintiff LG Capital Funding, LLC commenced this action on June 11, 2020 by filing the Complaint (Dkt. No. 1);

    WHEREAS Plaintiff served Defendant E-Waste Systems, Inc. ("E-Waste") on July 20, 2020 (Dkt. No. 8);

    WHEREAS Defendant E-Waste has not filed an answer, moved against the Complaint, or appeared in this action (see Certificate of Default (Dkt. No. 11));

    WHEREAS this Court ordered Defendant E-Waste to show cause on November 19, 2020 why a default judgment should not be entered against it (Dkt. No. 20);

    WHEREAS Plaintiff served the Order to Show Cause on Defendant E-Waste on October 30, 2020 (Dkt. No. 21);

    WHEREAS Defendant E-Waste filed no opposition to Plaintiff's motion for a default judgment and did not appear at the November 19, 2020 hearing;

    IT IS HEREBY ORDERED that an order of default is entered against Defendant E-Waste.

2

It is FURTHER ORDERED that this matter is referred to Magistrate Judge Moses for a report and recommendation regarding Plaintiff's request for damages, an award of attorneys' fees, and costs.  The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
November 19, 2020

SO ORDERED.

*Paul Gardephe* (signature)

Paul G. Gardephe
United States District Judge