**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LG CAPITAL FUNDING,

                Plaintiff,                         20 **CIVIL** 4474 (PGG)(BCM)

       -against-                              **JUDGMENT**

E-W ASTE SYSTEMS, INC.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 19, 2024, the Court adopts the Report & Recommendation in its entirety. Plaintiff is awarded (1) $158,720.38 in damages for the breach of Note 1 and the breach of Note 2; (2) $127,127.78 in default interest as to Note 1; (3) $196,729.26 in default interest for Note 2; and (4) $10,744.80 in attorneys' fees and costs. In total, Plaintiff is awarded $493,322.22; accordingly, the case is closed.

**Dated:**   New York, New York
           August 19, 2024

                                                    **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                               **BY**
                                                 **Deputy Clerk**